UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2011 MAY 20 PM 1:08
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CASE NO. 10-53439
)
LEMONS, HATTIE M. ) CHAPTER 7
)
) BANKRUPTCY JUDGE:
Debtor (s) ) MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #1 | Credit Investments, Inc.<br>c/o Javitch, Block & Rathbone<br>1100 Superior Ave., 19th Floor<br>Cleveland, Ohio 44114 | $1,594.93 | $399.99 |

2. My Trustee's check for $399.99 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: December 8, 2010

ROBERT S. THOMAS, II
Chapter 7 Trustee in Bankruptcy

ck #107
receipt #82362